# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD A. SIMS & PATRICIA S. SIMS  
1981 ELFRAN DRIVE  
SYCAMORE, IL  60178  

SSN-xxx-xx-6857 & xxx-xx-5362

Case Number: 07-70978

Case filed on: 4/23/2007  
Plan Confirmed on: 3/14/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,580.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 3,000.00 | 3,000.00 | 795.55 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 795.55 | 0.00 |
| 002 | DECISION ONE MORTGAGE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FREEDMAN ANSELMO LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MORTGAGE ELECTRONIC REGISTRATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD A. SIMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CONSUMER PORTFOLIO SERVICES | 17,524.00 | 17,524.00 | 2,851.20 | 1,548.80 |
| 004 | HOMECOMINGS FINANCIAL NETWORK | 133,901.19 | 0.00 | 0.00 | 0.00 |
| 005 | HOMECOMINGS FINANCIAL NETWORK | 17,069.78 | 0.00 | 0.00 | 0.00 |
| 006 | HSBC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HSBC MORTGAGE SERVICES | 4,051.44 | 4,051.44 | 0.00 | 0.00 |
|  | Total Secured | 172,546.41 | 21,575.44 | 2,851.20 | 1,548.80 |
| 010 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMERICAN MEDICAL COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAMIC JOHNSON WILSON & MCCULLOCH | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CENTER FOR REPRODUCTIVE HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COLLECTION PROFESSIONALS | 319.60 | 319.60 | 0.00 | 0.00 |
| 015 | COLLINS FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COLLINS FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COMCAST CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | COMED CO | 1,244.71 | 1,244.71 | 0.00 | 0.00 |
| 019 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CONSUMER PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | COUNTRYWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CREDIT MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DERITA GROUP FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | US DEPARTMENT OF EDUCATION | 583.63 | 583.63 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ECOWATER SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | EPIC GROUP SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | FREEDMAN ANSELMO LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | GC SERVICES LIMITED PARTNERSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | GC SERVICES LIMITED PARTNERSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | HIGH RISK OBTRETRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ECAST SETTLEMENT CORPORATION | 276.46 | 276.46 | 0.00 | 0.00 |
| 037 | HSBC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | IDEAL ANESTHESIA SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | JP MORGAN CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | KISHWAUKEE COMMUNITY HOSPITAL | 1,198.60 | 1,198.60 | 0.00 | 0.00 |
| 041 | MIDLAND CREDIT MANAGEMENT INC | 760.41 | 760.41 | 0.00 | 0.00 |
| 042 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | MORRIS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | MORTGAGE ELECTRONIC REGISTRATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | NICOR CREDIT INVESTIGATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | NICOR GAS | 2,910.20 | 2,910.20 | 0.00 | 0.00 |
| 047 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | PARAGON WAY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | PELLETTIERI | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | RMCB | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 053 | RRCA ACCOUNTS MANAGEMENT INC | 259.00 | 259.00 | 0.00 | 0.00 |
| 054 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | TORRES CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | TRUE LOGIC FINANCIAL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | US DEPT. OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 7,552.61 | 7,552.61 | 0.00 | 0.00 |
| | Grand Total: | 183,099.02 | 32,128.05 | 3,646.75 | 1,548.80 |

Total Paid Claimant:    $5,195.55
Trustee Allowance:       $384.45
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>10/30/2008</u>           By  <u>/s/Heather M. Fagan</u>